# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 09-cr-00117-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

DENNIS ROBERT SCHNEIDER,

 Defendant.

## ORDER SETTING TRIAL DATES AND DEADLINES

 This matter is before the Court following a telephone conference with counsel for Plaintiff and Defendant. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **April 6, 2009** and responses to these motions shall be filed by **April 16, 2009**. It is

 FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **May 1, 2009 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

 FURTHER ORDERED that a two-day jury trial is set for **May 18, 2009 at 9:00 a.m.**, in Courtroom A602.

DATED: March __23__, 2009     BY THE COURT:

                  _Christine M. Arguello_
                  _____
                  CHRISTINE M. ARGUELLO
                  United States District Judge