**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00117-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS ROBERT SCHNEIDER,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND SETTING
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 18) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for May 1, 2009 and the two-day jury trial set to commence on May 18, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than April 8, 2009 to set this matter for a Change of Plea Hearing.

    DATED: April __2__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge