**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00117-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS ROBERT SCHNEIDER,

    Defendant.

---

**ORDER RESETTING SENTENCING DATE**

---

THIS MATTER comes before the Court *sua sponte*. It appears from a review of this Court's docket that a scheduling conflict exists on the sentencing hearing date in this case. Therefore,

IT IS ORDERED that the sentencing hearing set for August 24, 2009 at 9:30 a.m. is hereby rescheduled to **August 24, 2009, at 1:30 p.m.**

DATED: August 3, 2009.

BY THE COURT:

*/s/ Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge