**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00117-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS ROBERT SCHNEIDER,

    Defendant.

---

**ORDER RESETTING SENTENCING DATE**

---

Pursuant to Defendant's Unopposed Motion To Continue Sentencing Hearing (Doc. # 27), and a telephone conference between both counsel and Chambers staff on August 14, 2009, the sentencing hearing set for August 24, 2009 at 1:30 p.m. is hereby RESET to **September 1, 2009 at 8:30 a.m.**

    DATED:  August __17__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge